IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BETTY GARDNER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 11-0708-CG-B |
| ) | |
| **FLC, INC., d/b/a ALL BALDWIN** ) | |
| **CLEANERS,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

The parties having filed a joint stipulation of dismissal, plaintiff's claims against FLC, Inc., d/b/a All Baldwin Cleaners are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties are to bear their respective costs.

**DONE** and **ORDERED** this the 8th day of August, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE